UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ALEJANDRO MOSQUEDA PAZ, a/k/a "ALMIGHTY," <br><br> Plaintiff, <br><br> v. <br><br> PRIMO BOYZ RECORDS LLC a/k/a PRIMO BOYZ RE L.L.C, PRIMO BOYZ MUSIC PUBLISHING L.L.C., and JOSÉ POLANCO <br><br> Defendants. | Civil Action No.: 25-cv-22652-KMW |

## AGREED ORDER VACATING CLERK'S DEFAULT

THIS MATTER is before the Court on Defendants' Unopposed Motion to Vacate Clerk's Default [DE __]. The Court has reviewed the Motion, the attached Declaration of José Polanco, the record, and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

i. Defendants' Unopposed Motion to Vacate Clerk's Default [DE __] is **GRANTED**.

ii. The Clerk's Default entered on July 21, 2025 [DE 11] against Defendants José Polanco, Primo Boyz Records LLC, and Primo Boyz Music Publishing L.L.C. is **VACATED**.

iii. Defendants shall file their response to the Complaint within ten (10) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2025.

_____
HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE