UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 25-cv-22652-KMW

ALEJANDRO MOSQUEDA PAZ
p/k/a "ALMIGHTY,"

Plaintiff,

v.

PRIMO BOYZ RECORDS LLC A/K/A PRIMO BOYZ
RE L.L.C, PRIMO BOYZ MUSIC PUBLISHING L.L.C.,
and JOSÉ POLANCO,

Defendants.
_____/

## JOINT NOTICE OF MEDIATION

Plaintiff, ALEJANDRO MOSQUEDA PAZ p/k/a "ALMIGHTY," ("Plaintiff"), and Defendants PRIMO BOYZ RECORDS LLC A/K/A PRIMO BOYZ RE L.L.C, PRIMO BOYZ MUSIC PUBLISHING L.L.C., and JOSÉ POLANCO, ("Defendants")(collectively "Parties") pursuant to ECF No. 22, hereby notify the Court that the Parties have agreed to use James Matulis, Esq. as a mediator in this case. The Parties have set the Mediation for March 27, 2026, at 9:30am, and the Mediation will take place via ZOOM.

Dated: October 21, 2025

| | |
|---|---|
| By: */s/ Humberto Rubio* | By:*/s/ Leon F. Hirzel* |
| Humberto Rubio, Jr., Esq. | Leon F. Hirzel |
| Florida Bar No. 36433 | Florida Bar No. 085966 |
| Felipe Rubio, Esq. | hirzel@hddlawfirm.com |
| Florida Bar No. 123059 | HIRZEL DREYFUSS & DEMPSEY, PLLC |
| LAW FIRM OF RUBIO & ASSOCIATES, P.A. | 1200 Anastasia Ave. Ste 240 |
| | Coral Gables, FL 33134 |

1

8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

*Attorneys for Plaintiff*

Telephone:(305) 615-1617
Facsimile: (305) 615-1585

*Attorneys for Defendants*

2