UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 25-22652-CV-WILLIAMS

ALEJANDRO MOSQUEDA PAZ
p/k/a "ALMIGHTY,",

    Plaintiff,

v.

PRIMO BOYZ RECORDS LLC, a/k/a
PRIMO BOYS RE L.L.C., PRIMO BOYZ
MUSIC PUBLISHING L.L.C., and JOSE
POLANCO,

    Defendants.

_____/

### [proposed] ORDER GRANTING PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER

THIS CAUSE comes before the Court upon Plaintiff, ALEJANDRO MOSQUEDA PAZ ("Plaintiff"), and Defendants PRIMO BOYZ RECORDS LLC, ET AL. ("Defendants") (collectively "Parties") Joint Motion to Amend the Scheduling Order (ECF No. 22). The Court has reviewed the motion and is otherwise duly advised and for the reasons stated herein, said motion is **GRANTED**.

Accordingly, it is **ORDERED** that:

1.    The Scheduling Order (ECF No. 22) shall be amended as follows:

    **February 13, 2026** – The Plaintiff shall disclose experts, expert witness summaries and reports.

    **February 27, 2026** – The Defendant shall disclose experts, expert witness summaries and reports.

1

  **March 13, 2026** – The Parties shall exchange rebuttal expert witness summaries and reports.

  **March 30, 2026** – The Parties shall complete all discovery, including expert discovery.

  2. Everything else, including all other deadlines in the Scheduling Order (ECF No. 22), remains the same.

**DONE AND ORDERED** in Miami, Florida on this ____ day of January 2025.

              _____
              **KATHLEEN M. WILLIAMS**
              **United States District Court Judge**

cc: Counsel of Record