UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-CV-22652-Williams/Lett

**ALEJANDRO MOSQUEDA PAZ**,

    Plaintiff,

v.

**PRIMO BOYZ RECORDS**, *et.al.,*

    Defendants.

_____/

## ORDER SETTING DISCOVERY STATUS CONFERENCE

**THIS CAUSE** is before the Court following the referral of this action to the undersigned Magistrate Judge for all pre-trial discovery matters. It is hereby **ORDERED and ADJUGED** as follows:

Counsel shall appear before the Court on **March 4, 2026** at **3:00PM** in the Miami Division before the undersigned via Zoom video conference. The Zoom link will be emailed to the parties prior to the hearing. All court proceedings will be audio recorded and can be transcribed upon request.

No later than **March 1, 2026**, the parties shall file a joint discovery status report, which addresses the following:

1. the particular discovery each party has propounded;
2. whether the discovery requests have been fully answered;
3. the status of depositions, including:
    a. the number of depositions taken to date;

   b. the number of remaining depositions and whether they have been scheduled; and

   c. an explanation of any delay in scheduling the remaining depositions;

4. the status of expert disclosures;

5. whether the parties have any outstanding discovery disputes;

6. whether the parties believe that a discovery status conference is needed; and

7. whether the parties can certify that they will complete all discovery by the discovery deadline.

**DONE AND ORDERED** in Chambers in Miami, Florida on February 25, 2026.

*Enjoliqué A. Lett*
_____
**ENJOLIQUÉ A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record