**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 25-CV-22652-KMW

ALEJANDRO MOSQUEDA PAZ
 p/k/a "ALMIGHTY,"


Plaintiff,

v.

PRIMO BOYZ RECORDS LLC a/k/a
PRIMO BOYZ RE L.L.C, PRIMO BOYZ
MUSIC PUBLISHING L.L.C., and JOSÉ
POLANCO,


Defendants.

_____/

**MEDIATION REPORT**

Plaintiff, Alejandro Mosqueda Paz a/k/a "Almighty" (hereinafter referred to as "Plaintiff"), and Defendants, Primo Boyz Records LLC a/k/a Primo Boyz RE L.L.C, Primo Boyz Music Publishing L.L.C., and José Polanco (hereinafter referred to as "Defendants")(collectively "Parties") as required by the court's scheduling order (DE 50), submit the following mediation report:

1.      The parties hereby report that the mediation conducted on March 27, 2026 was continued with the consent of the parties, and that the parties will continue to discuss resolution in the coming days.

1

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

The undersigned counsel hereby certifies that, in compliance with Rule 7.1(a)(3), Federal Rules of Civil Procedure, that undersigned counsel has conferred with counsel for Defendants regarding the contents of this response and this response is therefore being filed jointly.

Dated: April 3, 2026

Respectfully submitted,

By: */s/ Felipe Rubio*
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
LAW FIRM OF RUBIO & ASSOCIATES, P.A.
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

*Attorneys for Plaintiff*

By:*/s/ Patrick G. Dempsey*
Patrick G. Dempsey
Florida Bar No. 027676
dempsey@hddlawfirm.com
HIRZEL DREYFUSS & DEMPSEY, PLLC
1200 Anastasia Ave Ste. 240
Coral Gables, FL 33134
Telephone: (305) 615-1617
Facsimile: (305) 615-1585

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April 2026, I caused to be served a true and correct copy of the foregoing using CM/ECF, which served a true and correct copy to all counsel or parties of record.

By:/s/ Felipe Rubio
Felipe Rubio, Esq.