IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-CV-22652-KMW

ALEJANDRO MOSQUEDA PAZ
 p/k/a "ALMIGHTY,"

Plaintiff,

v.

PRIMO BOYZ RECORDS LLC a/k/a
PRIMO BOYZ RE L.L.C, PRIMO BOYZ
MUSIC PUBLISHING L.L.C., and JOSÉ
POLANCO,

Defendants.

_____/

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, Alejandro Mosqueda Paz a/k/a "Almighty" (hereinafter referred to as "Plaintiff"), and Defendants, Primo Boyz Records LLC a/k/a Primo Boyz RE L.L.C, Primo Boyz Music Publishing L.L.C., and José Polanco (hereinafter referred to as "Defendants")(collectively "Parties") Joint Response to the Court's Paperless Order to Show Cause entered on April 2, 2026 (DE 50), and state as follows:

1. On September 16, 2025, the Court entered an Order requiring, among other things, that within three business days after mediation, a mediation report be filed indicating whether the case settled in full or in part, was continued with the consent of the parties, or whether the mediator declared an impasse.

1

2. The Parties thereafter filed a notice advising that mediation was scheduled for March 27, 2026.

3. The mediation did in fact occur on March 27, 2026. At the conclusion of the mediation, the matter was continued by agreement of the parties. The parties are still discussing possible settlement.

4. The Parties acknowledge that the required mediation report was not timely filed within three business days of the mediation. The failure to file the report was inadvertent and the result of oversight and/or calendaring error, not willful disregard of the Court's Order.

5. Upon learning of the omission through the Court's Order to Show Cause, counsel promptly conferred and took immediate steps to remedy the issue, including preparing and filing contemporaneously with this Response the appropriate mediation report and/or notice.

6. The omission was administrative in nature, was not made in bad faith, and caused no prejudice to the Court or to any party. The Parties respectfully submit that sanctions or dismissal would therefore be unwarranted.

7. The Parties regret the oversight and respectfully assure the Court that they have reviewed their internal calendaring and deadline-monitoring procedures to avoid any recurrence.

WHEREFORE The Parties respectfully request that the Court find good cause shown, decline to impose sanctions, and accept this filing as compliance with the Court's Order.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

The undersigned counsel hereby certifies that, in compliance with Rule 7.1(a)(3), Federal Rules of Civil Procedure, that undersigned counsel has conferred with counsel for Defendants regarding the contents of this response and this response is therefore being filed jointly.

Dated: April 3, 2026

Respectfully submitted,

By: */s/ Felipe Rubio*
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
LAW FIRM OF RUBIO & ASSOCIATES, P.A.
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

*Attorneys for Plaintiff*

By:*/s/ Patrick G. Dempsey*
Patrick G. Dempsey
Florida Bar No. 027676
dempsey@hddlawfirm.com
HIRZEL DREYFUSS & DEMPSEY, PLLC
1200 Anastasia Ave Ste. 240
Coral Gables, FL 33134
Telephone: (305) 615-1617
Facsimile: (305) 615-1585

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd$^{nd}$ day of April 2026, I caused to be served a true and correct copy of the foregoing using CM/ECF, which served a true and correct copy to all counsel or parties of record.

By:/s/ Felipe Rubio
Felipe Rubio, Esq.