**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

ALEJANDRO MOSQUEDA PAZ,            )
a/k/a "ALMIGHTY,"                  )
                                   )
   Plaintiff,                      )
                                   )
v.                                 )       Civil Action No.: 25-cv-22652-KMW
                                   )
PRIMO BOYZ RECORDS LLC             )
a/k/a PRIMO BOYZ RE L.L.C,         )
PRIMO BOYZ MUSIC PUBLISHING        )
L.L.C., and JOSÉ POLANCO           )
                                   )
   Defendants.                     )
_____/

**JOINT MOTION FOR ONE WEEK EXTENSION OF**
**TIME TO SUBMIT DISPOSITIVE MOTIONS**

Defendants PRIMO BOYZ RECORDS LLC, PRIMO BOYZ MUSIC PUBLISHING L.L.C., and JOSÉ POLANCO (collectively, "Defendants"), and Plaintiff ALEJANDRO MOSQUEDA PAZ ("Plaintiff"), by and through undersigned counsel, hereby jointly move for a limited modification of the Scheduling Order entered on the Court's docket at ECF 22 and as amended (ECF No. 41) ("Scheduling Order"). The modification is partial because it does not affect the trial date or the calendar call.

The current deadline for Plaintiff and Defendants to submit dispositive motions is April 20, 2026.  Calendar Call for this litigation is not scheduled to take place until September 15, 2026.

Due to holiday travel and other scheduling conflicts, Plaintiff and Defendants jointly request an extension of the deadline to submit dispositive motions by one (1) week, from April 20, 2026 to April 27, 2026.

Pursuant to Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified for good cause and with the Court's consent.  Good cause exists because despite the

1

Parties' diligent and good faith efforts, the parties require one additional week of time to complete and submit dispositive motions.  No party will be prejudiced by the requested one (1) week extension of time.  The requested modification does not affect the trial date or the calendar call and is not made for purposes of delay.

Therefore, for the above reasons, the parties submit that good cause exists under Fed. R. Civ. P. 16(b) for the modification of the Scheduling Order and the parties submit that it be modified as follows:

From April 20, 2026 to April 27, 2026 – The parties shall submit and file all dispositive pre-trial motions and memoranda of law, including any motions to strike or exclude expert testimony.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter an Order Granting this Motion for Extension of Time as requested herein.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (A)(3)

I hereby certify that I have conferred with all counsel of record and all parties to this litigation join in this request for a brief extension of time.

| | |
|---|---|
| By:/s/ Humberto Rubio<br>Humberto Rubio, Jr., Esq.<br>Florida Bar No. 36433<br>Felipe Rubio, Esq.<br>Florida Bar No. 123059<br>**LAW FIRM OF RUBIO &**<br>**ASSOCIATES, P.A.**<br>Attorneys for Plaintiff<br>8950 SW 74 Ct., Suite 1804<br>Miami, Fl 33156<br>Telephone: (786) 220-2061<br>Facsimile: (786) 220-2062<br>Email: hrubio@rubiolegal.com<br>Email: frubio@rubiolegal.com<br>Email: info@rubiolegal.com<br><br>*Attorneys for Plaintiff* | By: s/ Patrick G. Dempsey<br>Patrick G. Dempsey<br>Florida Bar No. 027676<br>**Hirzel Dreyfuss & Dempsey PLLC**<br>**1200 Anastasia Ave., Suite 240**<br>Coral Gables, Florida 33134<br>Email: dempsey@hddlawfirm.com<br>Ph: (305) 615-1617<br><br>*Attorney for Defendants* |

2

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I HEREBY CERTIFY that on April 7, 2026, the foregoing document was sent through CM/ECF to all counsel of record.

By: *<u>/s/ Patrick Dempsey</u>*
          **PATRICK G. DEMPSEY**