UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| ALEJANDRO MOSQUEDA PAZ, a/k/a "ALMIGHTY," | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 25-cv-22652-KMW |
| PRIMO BOYZ RECORDS LLC a/k/a PRIMO BOYZ RE L.L.C, PRIMO BOYZ MUSIC PUBLISHING L.L.C., and JOSÉ POLANCO | ) ) ) ) ) | |
| Defendants. | ) ) / | |

**ORDER GRANTING JOINT MOTION FOR ONE WEEK
EXTENSION OF TIME TO SUBMIT DISPOSITIVE MOTIONS**

THIS MATTER is before the Court on Plaintiff and Defendants' Joint Motion to For One Week Extension of Time to Submit Dispositive Motions [DE 54]. The Court has reviewed the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

i.  The Joint Motion to For One Week Extension of Time to Submit Dispositive Motions [DE 54] is **GRANTED**.

ii. Defendants shall file their dispositive pretrial motions by April 27, 2026.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of _____, 2026.

_____
HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE