TED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:25-cv-22652-KMW

ALEJANDRO MOSQUEDA PAZ,
p/k/a "ALMIGHTY,"

Plaintiff,

v.

PRIMO BOYZ RECORDS LLC A/K/A PRIMO BOYZ
RE L.L.C, PRIMO BOYZ MUSIC PUBLISHING L.L.C.,
and JOSÉ POLANCO,

Defendants.

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), an in-person mediation conference

was held on March 27 and April 13, 2026, and the results of that conference are indicated below:

☑  All individual parties and their respective trial counsel, designated corporate

representatives, and required claims professionals, if any, attended and participated in the

mediation conference, and each possessed the requisite authority.

The outcome of the mediation conference was:

☑ the parties have reached a settlement on material terms and anticipate signing a

settlement agreement in the next five days

Dated:  April 13, 2026

By: /s/ James M. Matulis
Jim@MatulisLaw.com
MATULIS IP LAW
Florida Bar No. 0077429
Chase Professional Park
10906 Sheldon Road
Tampa, FL 33626
813.451.7347

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2026, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

/s/ *James Matulis*
James Matulis, Esq.