**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 25-cv-22652-KMW**

ALEJANDRO MOSQUEDA PAZ,
p/k/a "ALMIGHTY,"

Plaintiff,

v.

PRIMO BOYZ RECORDS LLC A/K/A PRIMO BOYZ RE L.L.C, PRIMO BOYZ MUSIC PUBLISHING L.L.C., and JOSÉ POLANCO,

Defendants.
_______________________________________/

## JOINT STIPULATION OF DISMISSAL

Plaintiff ALEJANDRO MOSQUEDA PAZ ("Plaintiff"), and Defendants PRIMO BOYZ RECORDS LLC, ET AL. ("Defendants")(collectively "Parties") have reached a voluntary resolution of this dispute amongst them and, hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This stipulation is expressly conditioned upon, and shall become effective only upon, the Court's entry of an order retaining jurisdiction to enforce the Parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994), and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

In accordance with the Court's Order (ECF No. 58), the Parties have submitted the Settlement Agreement for the Court's review, under seal (ECF No. 61), due to the confidential nature of its terms.

Retention of jurisdiction will promote judicial economy and allow the Court to

efficiently resolve any limited disputes arising from the settlement, without requiring a separate action.

Each party shall bear its own attorneys' fees and costs.

Respectfully submitted on this 14 day of May, 2026.

| | |
|---|---|
| By:*/s/ Humberto Rubio*<br>Humberto Rubio, Jr., Esq.<br>Florida Bar No. 36433<br>Felipe Rubio, Esq.<br>Florida Bar No. 123059<br>**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**<br>Attorneys for Plaintiff<br>8950 SW 74 Ct., Suite 1804<br>Miami, Fl 33156<br>Telephone: (786) 220-2061<br>Facsimile: (786) 220-2062<br>Email: hrubio@rubiolegal.com<br>Email: frubio@rubiolegal.com<br>Email: info@rubiolegal.com<br><br>***Attorneys for Plaintiff*** | By: *s/ Patrick G. Dempsey*<br>Patrick G. Dempsey<br>Florida Bar No. 027676<br>**Hirzel Dreyfuss & Dempsey PLLC**<br>**1200 Anastasia Ave., Suite 240**<br>Coral Gables, Florida 33134<br>Email: dempsey@hddlawfirm.com<br>Ph: (305) 615-1617<br><br>***Attorney for Defendants*** |