**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 25-22652-CV-WILLIAMS**

ALEJANDRO MOSQUEDA PAZ
p/k/a "ALMIGHTY,",

Plaintiff,

v.

PRIMO BOYZ RECORDS LLC, a/k/a
PRIMO BOYS RE L.L.C., PRIMO BOYZ
MUSIC PUBLISHING L.L.C., and JOSE
POLANCO,

Defendants.
_______________________________________/

**[proposed] ORDER OF DISMISSAL**

THIS CAUSE comes before the Court upon Plaintiff, ALEJANDRO MOSQUEDA PAZ ("Plaintiff"), and Defendants PRIMO BOYZ RECORDS LLC, ET AL. ("Defendants") (collectively "Parties") Joint Stipulation of Dismissal (ECF No. 62). Upon review of the Joint Stipulation and the record, it is ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

The Court expressly retains jurisdiction to enforce the terms of the Parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994), and *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

This retained jurisdiction is limited solely to resolving disputes arising from alleged breaches of the settlement agreement and does not extend to ongoing supervision of performance.

**DONE AND ORDERED** in Miami, Florida on this ____ day of May, 2026.

______________________________
**KATHLEEN M. WILLIAMS**
**United States District Court Judge**

cc: Counsel of Record